<u>UNITED STATES DISTRICT COURT FOR THE</u>
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| **AVERY DENNISON RFID COMPANY and AVERY DENNISON RETAIL INFORMATION SERVICES LLC,** | |
| Plaintiffs, | 22-cv-00563 (LJL) |
| -v- | |
| **EVRYTHNG LIMITED,** | |
| Defendant. | |

[PROPOSED] ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal of Plaintiffs Avery Dennison RFID Company and Avery Dennison Retail Information Services Inc. pertaining to the above-captioned action. Having considered the Joint Stipulation of Dismissal, and finding that good cause exists for granting it, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant are dismissed WITHOUT PREJUDICE, with each party to the Joint Stipulation of Dismissal to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to CLOSE this case.

So ORDERED and SIGNED this 28 day of February, 2022:

_____
United States District Court Judge
Hon. Judge Lewis J. Liman